# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| MARK A. MERCADO v. THE CITY OF BERWYN, et al. | FILED: JUNE 19, 2008<br>08CV3528<br>JUDGE COAR<br>MAGISTRATE JUDGE SCHENKIER |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
TC
THE CITY OF BERWYN

| | |
|---|---|
| NAME (Type or print)<br>Robert Wilder | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/Robert Wilder | |
| FIRM<br>ODELSON & STERK, LTD. | |
| STREET ADDRESS<br>3318 West 95th Street | |
| CITY/STATE/ZIP<br>Evergreen Park, Illinois 60805 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06244917 | TELEPHONE NUMBER<br>(708) 424-5678 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO X |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL X    APPOINTED COUNSEL ☐ | |