IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARK A. MERCADO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 08-CV-3528 |
| | ) |
| CITY OF BERWYN and | ) |
| OFFICER DAVID GREEN, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF FILING

To:   Lanzilloti, Gribben & Marchuk
      3415 S. Harlem Ave.
      Berwyn, IL 60402

      David Goodman
      Shaw, Gussis, Fishman, Glantz, Wolfson & Towbin, LLC
      321 N. Clark Street, Suite 800
      Chicago, Illinois 60610

PLEASE TAKE NOTICE that on June 20, 2008, we filed the attached **Amended Notice of Removal of Civil Action** with the United States District Court, Northern District of Illinois, Eastern Division, copies of which are hereby served upon you.

*S/Robert Wilder*

## PROOF OF SERVICE

I, Robert Wilder, state that on June 20, 2008, I caused a copy of the foregoing **Amended Notice of Removal of Civil Action** to be served on all counsel of record by e-filing this document with the United States District Court, Northern District, Eastern Division.

*S/Robert Wilder*

**ODELSON & STERK, LTD.**
3318 West 95th Street
Evergreen Park, Illinois 60805
(708) 424-5678